Harold LEONARD and Angela Leonard, his wife, Petitioners,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION; and Perini Corp.; and Peter Kiewit and Son Company; and Kiewit Eastern Co., incorrectly identified as Kiewit Eastern Corporation; and Kiewit/Perini, a joint venture; and High Steel Structures, Inc.; and Cornell and Company; and Construction Methods and Coordination, Inc. (CMC) Respondents.

Supreme Court of Pennsylvania.

Feb. 1, 2000.

Louis S. Fine, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 1st day of February, 2000, the Petition for Allowance of Appeal is hereby **GRANTED**, but **LIMITED** to the following issues:

1. Whether a general contractor and/or a subcontractor who were not "present" at the worksite may nevertheless be in "control" of the worksite pursuant to contract or law so as to owe a duty to Petitioner to provide a safe worksite.

2. Whether a superior general contractor and/or a subcontractor may delegate their duty to provide for worksite safety compliance to an inferior subcontractor.

In addressing these issues, the parties are ordered to discuss, in addition to other relevant case law, the decisions in *Hader v. Coplay Cement Mfg. Co.*, 410 Pa. 139, 189 A.2d 271 (1963); *Donaldson v. Com., Dept. of Transportation*, 141 Pa.Cmwlth. 474, 596 A.2d 269 (1991); *Woodburn v. Consolidation Coal Co.*, 404 Pa.Super. 359, 590 A.2d 1273 (1991); *Egan v. Atlantic Richfield Co.* 389 Pa.Super. 290, 566 A.2d 1249 (1989); and *Weiser v. Bethlehem Steel Corp.*, 353 Pa.Super. 10, 508 A.2d 1241 (1986).